# HOGAN & HARTSON

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 Tel
+1.212.918.3100 Fax

www.hhlaw.com

March 4, 2008

Michael Starr
Partner
212-918-3638
mstarr@hhlaw.com

**BY FACSIMILE & REGULAR MAIL**

Hon. Harold Baer, Jr.
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-08

Re: *Bejjani v. Manhattan Sheraton Corporation, et al.*
07 CV-10729

Dear Judge Baer:

This firm represents the Manhattan Sheraton Corporation, one of two co-defendants in the above-referenced action.

I am writing to request that the conference previously scheduled for March 5, 2008 at 10:30 a.m. be adjourned to a later date. The basis of this request is that I have just learned of the death of a family friend whose funeral is scheduled for 10:30 a.m. tomorrow morning. I apologize for not having given Your Honor 48-hour notice of this request which, under the circumstances, was not possible.

I have spoken to counsel for co-defendant, New York Hotel and Motels Trades Council, AFL-CIO, and to Robert Felix, Esq. who told me that he is now representing the plaintiffs. Both opposing counsel consent to this request.

Respectfully submitted,

Michael Starr

MS:scc

cc (via e-mail):   Bruce Cooper, Esq.
                   Robert N. Felix, Esq.
                   Keith D. Grossman, Esq.

*[Handwritten note from Judge: I'm afraid you need an adjournment to 3/20/08 @ 4:00 PM]*

Harold Baer, Jr., U.S.D.J.
3/4/08