```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

Courtesy Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH BEJJANI, ALAIN BREDA, ABDELKABIR
KAHTANE, MOHAMED KHAMFRI, KATHY
KRINKE, STYLIANOS LOUKISSAS, ERICH
LUNZER, JAIRO MARTINEZ, EDILBERTO
MORCOS, JOHN O'CONNOR, AART VAN
DERLAAN, and RICKY GARCIA

      Plaintiffs,

- against -

MANHATTAN SHERATON CORPORATION d/b/a
ST. REGIS HOTEL and NEW YORK HOTEL &
MOTEL TRADES COUNCIL, AFL-CIO

      Defendants.

------------------------------------------------------------X

07 CV 10719

**STIPULATION AND ORDER**

ECF Case

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the below identified parties, that Plaintiffs' time to file and serve an Amended Complaint in this action is extended to and including March 20, 2008;

**IT IS FURTHER STIPULATED AND AGREED** that the time for all of the Defendants to answer or otherwise move with respect to the Amended Complaint shall be extended to and including April 20, 2008, and



RECEIVED
MAR 11 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**IT IS FURTHER STIPULATED AND AGREED**, that a signed facsimile or copy of this Stipulation may be treated as an original.

Dated:   New York, New York
         March 7, 2008

LAW OFFICE OF ROBERT N. FELIX          HOGAN & HARTSON LLP

_____              _____
Robert N. Felix (RF-4221)              Michael Starr
11 Broadway Suite 400 7/15             875 Third Avenue
New York, NY 10004                     New York, NY 10022
Tel: 212-747-1433                      Tel: (212) 918-3000
*Attorney for Plaintiffs*              *Attorneys for Defendant Manhattan Sheraton
                                       Corporation d/b/a St. Regis Hotel*

SO ORDERED:

_____
U.S.D.J.

3-11-08