# HOGAN & HARTSON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 Tel
+1.212.918.3100 Fax

www.hhlaw.com

April 11, 2008

Michael Starr
Partner
212-918-3638
mstarr@hhlaw.com

**BY FACSIMILE & REGULAR MAIL**

Hon. Harold Baer, Jr.
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
APR 14 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:  *Bejjani v. Manhattan Sheraton Corporation, et al.*
     07 CV-10729

Dear Judge Baer:

This firm represents the Manhattan Sheraton Corporation, one of two co-defendants in the above-referenced matter.

By letter dated April 8, 2008, I submitted to Your Honor a Proposed Pretrial Scheduling Order that was signed by the three counsel representing all parties in the above-referenced matter. Upon further reflection and consideration, the parties have agreed to a revised Proposed Pretrial Scheduling Order. The revised Proposed Order has been signed by all parties and is attached. We ask that it be substituted for the prior submission and signed by Your Honor. Please note that the parties have adjusted the timeline for disclosure of expert testimony as contained in paragraph four.

It is respectfully suggested that, due to the parties' agreement regarding the Pretrial Scheduling Order, we adjourn the preliminary conference currently scheduled for April 17, 2008 at 5:00 pm. In the event that Your Honor prefers to hold such a conference, defendant Manhattan Sheraton Corporation requests that it be rescheduled as counsel has a hearing on another matter on April 17th in the Bronx that likely will not be concluded by 5:00 pm.

Respectfully submitted,

Michael Starr

MS:scc
Attachment

cc (via e-mail):   Bruce Cooper, Esq.
                   Robert N. Felix, Esq.
                   Keith D. Grossman, Esq.

*[Handwritten endorsement: adjourned to May 22, 08 at 2:30 PM. So Ordered. /s/ Baer 4/15/08]*