USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

# PITTA & DREIER
ATTORNEYS AT LAW

RECEIVED
APR 28 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

Bruce J. Cooper *Partner*
Direct Dial 212 652 3727
bcooper@pittadreier.com

April 28, 2008

**VIA FACSIMILE**
Hon. Harold Baer, Jr.
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re: **Bejjani v. Manhattan Sheraton Corporation, et al.**
          **07-CV-10729 (HB)**

Dear Judge Baer:

    This firm represents the New York Hotel and Motel Trades Council, AFL-CIO, a defendant in the above entitled matter ("Union"). We just received, via e-mail, a copy of letter, dated April 28, 2008, addressed to Your Honor from Robert N. Felix, plaintiffs' attorney. By his letter, Mr. Felix informs the Court that plaintiffs will be moving to disqualify this firm from representing the Union. Mr. Felix claims that the motion is necessary because of the need to call a partner of the firm as a fact witness.

    We wish to inform Your Honor that this firm is presently preparing a motion to dismiss the second amended complaint ("Complaint") pursuant to Rules 12 (b)(1) and (6) of the Federal Rules of Civil Procedure. The motion, based upon allegations contained in the Complaint as well as documents referenced therein, will reveal that plaintiffs' claims against the Union are not warranted by existing law and are completely devoid of merit. We are writing, therefore, to advise Your Honor that plaintiffs' declared intention of filing a disqualification motion is premature since we submit that fact witnesses will not be needed.

    In accordance with the parties' stipulated agreement, defendants have until May 7, 2008 to answer or otherwise move with respect to the second amended complaint ("Complaint").

Respectfully,

Bruce J. Cooper

cc: Robert N. Felix, Esq. (via facsimile)
    Michael Starr, Esq. (via facsimile)

499 Park Avenue New York, New York 10022
Telephone 212 652 3890 Facsimile 212 652 3891
11 Washington Avenue Suite 401 Albany, New York 12210
Telephone 518 449 3320 Facsimile 518 449 5812
www.pittadreier.com

---

*Handwritten annotation by Judge:* My view is that the motion is premature — PTC that needs to be made to disqualify would/will need to be made quickly to dispose of the issue. SO ORDERED. Harold Baer. Date: 4/29/08  5/2

Endorsement:

    My view is that if the motion is fully briefed by the 5/22 pre trial conference that will be the time to discuss disqualification and that would make the case move more quickly.