UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH BEJJANI, HENRY BOLEJSZO,
ALAIN BREDA, AHMAD BULLA, VIRGIL
COSTACHE, GEOFFREY HABERER, RUHEL
HASSAN, RICKY GARCIA, ABDELKABIR
KAHTANE, MOHAMMED KHAMFRI,
KATHY KINKY, STYLIANOS LOUKISSAS,
ERICH LUNZER, JAIRO MARTINEZ,
EDILBERTO MORCOS, JOHN O'CONNOR,
AART VAN DERLAAN, OSCAR FLORES, and
ROBERTO ZEGARRA,

      Plaintiffs,

-against-

MANHATTAN SHERATON CORPORATION
d/b/a ST. REGIS HOTEL, and NEW YORK
HOTEL and MOTEL TRADES COUNCIL,
AFL-CIO,

      Defendants.

07-Cv-10729 (HB) (DCF)

NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that on behalf of Defendant, New York Hotel and Motel Trades Counsel, AFL-CIO, the undersigned attorney appears as co-counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated: New York, New York
   April 30, 2008

      Respectfully submitted,

      PITTA & DREIER LLP
      *Attorneys for Defendant New York Hotel*
      *and Motel Trades Counsel, AFL-CIO*

      By: _____
       Michael J. D'Angelo (MD 3030)
      499 Park Avenue
      New York, New York 10022
      (212) 652-3890

{00351448.DOC;}