PITTA & DREIER LLP
Attorneys for Defendant New York Hotel &
Motel Trades Council, AFL-CIO
499 Park Avenue
New York, New York 10022
(212) 652-3890

Bruce J. Cooper (BC 2764)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BEJJANI, HENRY BOLEJSZO, ALAIN BREDA, AHMAD BULLA, VIRGIL COSTACHE, GEOFFREY HABERER, RUHEL HASSAN, RICKY GARCIA, ABDELKABIR KAHTANE, MOHAMMED KHAMFRI, KATHY KINKY, STYLIANOS LOUKISSAS, ERICH LUNZER, JAIRO MARTINEZ, EDILBERTO MORCOS, JOHN O'CONNOR, AART VAN DERLAAN, OSCAR FLORES, and ROBERTO ZEGARRA, <br><br> Plaintiffs, <br><br> -against- <br><br> MANHATTAN SHERATON CORPORATION d/b/a ST. REGIS HOTEL, and NEW YORK HOTEL and MOTEL TRADES COUNCIL, AFL-CIO, <br><br> Defendants. | 07-Cv-10729 (HB) (DCF) <br><br> NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT |

PLEASE TAKE NOTICE that, upon the annexed Affirmation of Bruce J. Cooper, dated May 12, 2008, the exhibits annexed thereto, and all prior proceedings had heretofore herein, Defendant New York Hotel and Motel Trades Council, AFL-CIO ("HTC"), will move, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, before the Honorable Harold Baer, Jr., U.S.D.J., at the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing the second amended complaint with prejudice, and granting such further relief as the Court may deem just and proper.

Dated: New York New York
      May 12, 2008

Respectfully submitted,
PITTA & DREIER, LLP

By: _____
Bruce J. Cooper (BC 2764)
499 Park Avenue
New York, New York 10022
(212) 652-3890

Of Counsel:
Michael J. D'Angelo (MD 3030)

TO:   Robert N. Felix (RF 4229)
      Attorney for Plaintiffs
      11 Broadway, suite 715
      New York, New York 10004
      (212) 747-1433

      Michael Starr (MS 6851)
      Hogan & Hartson
      Attorneys for Defendant
      Manhattan Sheraton Corp.
      d/b/a St. Regis Hotel
      875 Third Avenue
      New York, New York 10022
      (212) 918-3638