PITTA & DREIER LLP
Attorneys for Defendant New York Hotel &
Motel Trades Council, AFL-CIO
499 Park Avenue
New York, New York 10022
(212) 652-3890

Bruce J. Cooper (BC 2764)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOSEPH BEJJANI, HENRY BOLEJSZO,
ALAIN BREDA, AHMAD BULLA, VIRGIL
COSTACHE, GEOFFREY HABERER, RUHEL
HASSAN, RICKY GARCIA, ABDELKABIR
KAHTANE, MOHAMMED KHAMFRI,
KATHY KINKY, STYLIANOS LOUKISSAS,
ERICH LUNZER, JAIRO MARTINEZ,        :   07-Cv-10729 (HB) (DCF)
EDILBERTO MORCOS, JOHN O'CONNOR,
AART VAN DERLAAN, OSCAR FLORES, and
ROBERTO ZEGARRA,                         **AFFIDAVIT OF SERVICE**

          Plaintiffs,

-against-

MANHATTAN SHERATON CORPORATION
d/b/a ST. REGIS HOTEL, and NEW YORK
HOTEL and MOTEL TRADES COUNCIL,
AFL-CIO,

          Defendants.
------------------------------------x

STATE OF NEW YORK    )
                     ) s.s.
COUNTY OF NEW YORK   )

    MICHELLE WILLIAMS, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over eighteen years of age and resides in North Brunswick, New Jersey.

{00325097.DOC;}                    1

That on the **12th day of May, 2008** deponent served by first class mail the **NOTICE OF MOTION TO DISMISS AFFIRMATION and EXHIBITS** thereof upon:

| | |
|---|---|
| **Michael Starr, Esq.** | **Robert N. Felix, Esq.** |
| 875 Third Avenue | Law Office of Robert N. Felix |
| New York, New York 10022 | 11 Broadway, Suite 400 |
| *Attorneys for Defendant Manhattan* | New York, New York 10004 |
| *Sheraton Corporation d/b/a St. Regis Hotel* | *Attorney for Plaintiffs* |

*/s/ Michelle Williams*
Michelle Williams

Sworn to before me this
12th day of May, 2008

_____
Notary Public

BRUCE J. COOPER
Notary Public, State of New York
No. 4502270
Qualified in Rockland County
Commission Expires September 30, 2009

{00325097.DOC;}                             2