**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
JOSEPH BEJJANI, et al.,

                      Plaintiffs,

     - against -

MANHATTAN SHERATON CORPORATION d/b/a ST.
REGIS HOTEL and NEW YORK HOTEL & MOTEL
TRADES COUNCIL, AFL-CIO,

                      Defendants.

-------------------------------------------------------------------------x

07 Civ. 10729 (HB) (DCF)

**STATEMENT OF**
**DEFENDANT MANHATTAN**
**SHERATON CORPORATION**
**PURSUANT TO**
**FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable

District Judges and Magistrate Judges of this Court to evaluate possible disqualification or

recusal, Defendant Manhattan Sheraton Corporation, by its undersigned attorneys, certifies that it

is a nonpublic subsidiary whose ultimate parent is Starwood Hotels & Resorts Worldwide, Inc., a

publicly-held company.

Dated: New York, New York
      May 12, 2008

                      HOGAN & HARTSON LLP

                      By:_____/s/_____
                        Michael Starr (MS 6851)
                        Christine M. Wilson (CW 3440)
                        875 Third Avenue
                        New York, New York 10022
                        (212) 918-3000

                        *Attorneys for Defendant Manhattan*
                        *Sheraton Corporation*