PITTA & DREIER LLP
Attorneys for Defendant New York Hotel &
Motel Trades Council, AFL-CIO
499 Park Avenue
New York, New York 10022
(212) 652-3890

Bruce J. Cooper (BC 2764)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH BEJJANI, HENRY BOLEJSZO, ALAIN BREDA, AHMAD BULLA, VIRGIL COSTACHE, GEOFFREY HABERER, RUHEL HASSAN, RICKY GARCIA, ABDELKABIR KAHTANE, MOHAMMED KHAMFRI, KATHY KINKY, STYLIANOS LOUKISSAS, ERICH LUNZER, JAIRO MARTINEZ, EDILBERTO MORCOS, JOHN O'CONNOR, AART VAN DERLAAN, OSCAR FLORES, and ROBERTO ZEGARRA,

Plaintiffs,

-against-

MANHATTAN SHERATON CORPORATION d/b/a ST. REGIS HOTEL, and NEW YORK HOTEL and MOTEL TRADES COUNCIL, AFL-CIO,

Defendants.

07-Cv-10729 (HB) (DCF)

**RULE 7.1 STATEMENT**

---

STATEMENT PURSUANT TO FRCP 7.1

Defendant New York Hotel and Motel Trades Council, AFL-CIO, (a private non-governmental party), by its attorneys Pitta & Dreier LLP, pursuant to Rule 7.1 of the Federal

{00354809.DOC;}                          1

Rules of Civil Procedure, hereby certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held, and no publicly held corporation owns any of its stock.

Dated: New York, New York
      May 13, 2008

                                          Respectfully submitted,

                                          PITTA & DREIER, LLP

                                          By: _____
                                          Bruce J. Cooper (BC 2764)
                                          Attorneys for Defendant
                                          New York Hotel and Motel Trades Council, AFL-CIO
                                          499 Park Avenue, 15th Floor
                                          New York, New York 10022
                                          (212) 652 - 3890
                                          (212) 652 - 3891

Of counsel:
Michael D'Angelo (MD 3030)

PITTA & DREIER LLP
Attorneys for Defendant New York Hotel &
Motel Trades Council, AFL-CIO
499 Park Avenue
New York, New York 10022
(212) 652-3890

Bruce J. Cooper (BC 2764)
Michael J. D'Angelo (MD 3030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

JOSEPH BEJJANI, HENRY BOLEJSZO,
ALAIN BREDA, AHMAD BULLA, VIRGIL
COSTACHE, GEOFFREY HABERER, RUHEL
HASSAN, RICKY GARCIA, ABDELKABIR
KAHTANE, MOHAMMED KHAMFRI,
KATHY KINKY, STYLIANOS LOUKISSAS,
ERICH LUNZER, JAIRO MARTINEZ,            07-Cv-10729 (HB) (DCF)
EDILBERTO MORCOS, JOHN O'CONNOR,
AART VAN DERLAAN, OSCAR FLORES, and
ROBERTO ZEGARRA,                         **AFFIDAVIT OF SERVICE**

                        Plaintiffs,

-against-

MANHATTAN SHERATON CORPORATION
d/b/a ST. REGIS HOTEL, and NEW YORK
HOTEL and MOTEL TRADES COUNCIL,
AFL-CIO,

                        Defendants.
------------------------------------------------x

STATE OF NEW YORK   )
                    ) s.s.
COUNTY OF NEW YORK  )

MICHELLE WILLIAMS, being duly sworn, deposes and says:

That deponent is not a party to this action, is over eighteen years of age and resides in North Brunswick, New Jersey.

{00325097.DOC;}                    1

That on the **13th day of May, 2008** deponent served by first class mail the **RULE 7.1 STATEMENT** thereof upon:

| | |
|---|---|
| **Michael Starr, Esq.** | **Robert N. Felix, Esq.** |
| Hogan & Hartson | Law Office of Robert N. Felix |
| 875 Third Avenue | 11 Broadway, Suite 400 |
| New York, New York 10022 | New York, New York 10004 |
| *Attorneys for Defendant Manhattan Sheraton Corporation d/b/a St. Regis Hotel* | *Attorney for Plaintiffs* |

_____
Michelle Williams

Sworn to before me this
13th day of May 2008

_____
Notary Public

BRUCE J. COOPER
Notary Public, State of New York
No. 4502270
Qualified in Rockland County
Commission Expires September 30, 2009

{00325097.DOC;}                    2