UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

------------------------------------------------------------x

JOSEPH BEJJANI, et al.

                        Plaintiffs,                        **STIPULATION**

      against -

MANHATTAN SHERATON CORPORATION         **07 Civ. 10729 (HB) (DCF)**
d/b/a ST. REGIS HOTEL, and NEW YORK HOTEL
and MOTEL TRADES COUNCIL, AFL-CIO
                   Defendants.

------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorneys for the parties hereto, that the above civil action be changed from a non-ECF case to an

ECF case.

Dated: New York, New York
       May 22, 2008

ROBERT N. FELIX, ESQ.                HOGAN & HARTSON LLP
*Attorney for Plaintiffs*                  *Attorneys for Defendant Manhattan Sheraton*
11 Broadway, Suite 715                875 Third Avenue
New York, New York 10004           New York, New York 10022
(212) 747-1433                      (212) 918-5813

By: _____       By: _____
    Robert N. Felix, Esq. (RF-4229)          Michael Starr, Esq.(MS -6851)

                                 PITTA & DREIER LLP
                                 *Attorneys for Defendant NYHMTC*
                                 499 Park Avenue
                                 New York, New York 10022
                                 Tel: (212) 652-3890

                                 By: _____
                                 Bruce Cooper, Esq.(BC-2764)

SO ORDERED ON THIS _____ DAY OF MAY, 2008

_____
      UNITED STATES JUDGE