UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH BEJJANI, et .al.,

                Plaintiffs,

                                      Case No.07Civ.10729(HB)
v.                                                    (DCF)

MANHATTAN SHERATON CORPORATION        **NOTICE OF**
d/b/a ST. REGIS HOTEL, and NEW YORK HOTEL and   **APPEARANCE**
MOTEL TRADES COUNCIL, AFL-CIO,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Michael Starr from the law firm Hogan & Hartson LLP appears as counsel on behalf of defendant Manhattan Sheraton Corporation, in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders and other filings are to be served upon the undersigned.

      I am a member of this Court, a registered electronic case filing user, and respectfully request that all documents submitted as electronic case filings in the above-captioned matter be sent to me at mstarr@hhlaw.com.

Dated: May 22, 2008                      s/_____
                                                 Michael Starr
                                                 HOGAN & HARTSON LLP
                                                 875 Third Avenue
                                                 New York, New York  10022
                                                 Phone: 212 918-3000
                                                 Fax: 212 918-3100
                                                 mstarr@hhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify, that on this 22nd day of May, 2008, the foregoing **Notice of Appearance** was filed with the Clerk of the Court and served in accordance with the Federal Rules Of Civil Procedure and the Southern District of New York's Rules on Electronic Service and by first class mail upon:

> Robert N. Felix, Esq.
> 11 Broadway, Suite 715
> New York, NY 10004
> felixlaw@yahoo.com
>
> Bruce Cooper, Esq.
> Pitta & Dreier LLP
> 499 Park Avenue
> New York, NY 10022
> bcooper@pittadreier.com

Dated: New York, New York            s/
                                     Christine M. Wilson

\\\NY - 076496/000630 - 1084818 v1