UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH BEJJANI, et .al.,

                 Plaintiffs,

                                         Case No.07Civ.10729(HB)
     v.                                              (DCF)

MANHATTAN SHERATON CORPORATION        **NOTICE OF**
d/b/a ST. REGIS HOTEL, and NEW YORK HOTEL and     **APPEARANCE**
MOTEL TRADES COUNCIL, AFL-CIO,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that Christine M. Wilson from the law firm Hogan &

Hartson LLP appears as counsel on behalf of defendant Manhattan Sheraton Corporation

in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders

and other filings are to be served upon the undersigned.

     I am a member of this Court, a registered electronic case filing user, and

respectfully request that all documents submitted as electronic case filings in the above-

captioned matter be sent to me at cmwilson@hhlaw.com.


Dated: May 22, 2008              s/_____
                                Christine M. Wilson
                                HOGAN & HARTSON LLP
                                875 Third Avenue
                                New York, New York   10022
                                Phone: 212 918-3000
                                Fax: 212 918-3100
                                cmwilson@hhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify, that on this 22nd day of May, 2008, the foregoing **Notice of Appearance** was filed with the Clerk of the Court and served in accordance with the Federal Rules Of Civil Procedure and the Southern District of New York's Rules on Electronic Service and by first class mail upon:

Robert N. Felix, Esq.
11 Broadway, Suite 715
New York, NY  10004
felixlaw@yahoo.com

Bruce Cooper, Esq.
Pitta & Dreier LLP
499 Park Avenue
New York, NY 10022
bcooper@pittadreier.com

Dated: New York , New York

___s/_____
Christine M. Wilson