Joseph Rellan, et al.
Plaintiffs

- v -

Manhattan Sheraton Corp., New York
Hotel & Motel Trades Council, AFL-CIO,
Defendants
-----------------------------------------X

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 10729 (HB) (DCF)

Debra C. Freeman

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✗ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: ___

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         May 29, 08

[signature]
United States District Judge

Revised: 8/29/05