USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

**KAISER SAURBORN & MAIR P.C.**
COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

June 3, 2008

RECEIVED
JUN 03 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY FAX (212-805-7901)**
The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re: Bejjani et. al. v. Manhattan Sheraton Corp. et. al.
     Docket No. 07 Civ. 107629 (HB) (DCF)

Dear Judge Baer:

  Our firm has been retained by the plaintiffs in the above referenced action. We submit this letter in support of plaintiffs' application for an order substituting the undersigned as attorney of record for plaintiffs in this action.

  On June 3, 2008 plaintiffs retained our firm to represent them in this matter. On June 2, 2008 plaintiffs discharged their former counsel, Robert N. Felix, Esq., as counsel in this matter. Accordingly, we hereby request that the Court enter an order substituting the undersigned as counsel of record for plaintiffs in this action.

  Thank you for your consideration of this request.

           Very truly yours,

           Daniel J. Kaiser

*[Handwritten order: Robert Felix is relieved + the firm listed above is substituted in his place + TIS attorney of record]*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
6/3/08

cc: Michael Starr, Esq.
  Bruce Cooper, Esq.
  Robert N. Felix, Esq.

New Jersey Office | 3163 Kennedy Boulevard, Jersey City, NJ 07306 | Tel: 201 353 4000 | Fax: 201 798 4627

TOTAL P.02

Endorsement:

    Robert Felix is relieved and the firm listed above is substituted in his place and stead and with plaintiffs accord.