# KAISER SAURBORN & MAIR, P.C.
## COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

June 17, 2008

**BY FAX (212-805-7901)**
**AND FEDERAL EXPRESS**
The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

    Re: Bejjani et. al. v. Manhattan Sheraton Corp. et. al.
        Docket No. 07 Civ. 10729 (HB) (DCF)

Dear Judge Baer:

    I represent plaintiffs in the above referenced action. I enclose courtesy copies of plaintiffs' opposition papers to defendants' motions to dismiss filed by ECF yesterday. The brief was amended in minor respects today to correct factual misstatements on page "2," "16, and "31."

    On May 28, 2008, prior counsel for plaintiffs, requested by letter to Your Honor an enlargement of the page limitation for plaintiffs responsive papers in light of the fact plaintiffs were responding to two motions from both defendants. I called your chambers yesterday to follow up on the earlier request but was advised that you were not in the office yesterday.

    I respectfully renew prior counsel's request for an enlargement of the page limitation for plaintiffs' memorandum of law and request that the Court accept plaintiffs' thirty six page brief for submission.

    Thank you for your consideration of this request.

Respectfully submitted,

Daniel J. Kaiser

cc: Michael Starr, Esq.
    Bruce Cooper, Esq.

New Jersey Office | 3163 Kennedy Boulevard, Jersey City, NJ 07306 | Tel: 201 353 4000 | Fax: 201 798 4627

TOTAL P.02

Endorsement:

    Denied I rarely accept more because of the adversaries especially when there is some togetherness but I'll allow you 30 pages.