## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

Linda Clarke, being duly sworn, deposes and says, that she is not a party to the within action, is over 18 years of age and resides in New York State.

That on the 23th day of June, 2008, affiant served the Within **Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Complaint** upon defendant's counsel by sending via Federal Express Priority Overnight delivery a true copy of the same to:

Bruce J. Cooper, Esq.
Michael J. D'Angelo, Esq.
Pitta & Dreier LLP
499 Park Avenue
New York, New York 10022

Michael Starr, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, New York 10022

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

_____
LINDA CLARKE

Sworn to before me this
23th of June, 2008

_____
NOTARY PUBLIC

FRANCIS FERRER-GIL
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01FE6162567
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES: MAR. 12, 2011