# KAISER SAURBORN & MAIR, P.C.
### COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08
```

August 18, 2008

**BY FAX (212-805-7901)**
The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    **Re: Bejjani et. al. v. Manhattan Sheraton Corp. et. al.
    Docket No. 07 Civ. 107629 (HB) (DCF)**

Dear Judge Baer:

  We represent the plaintiffs in the above-referenced case. My partner, Daniel J. Kaiser, who is the attorney handling this case, has been out of the office on vacation since August 15 and will be back in the office on Monday, August 25. As such, we respectfully request an extension until August 29, 2008, to respond to the letter of Michael Starr, counsel for defendant Manhattan Sheraton Corporation, dated August 18, 2008.

  Thank you for your consideration of this request.

            Very truly yours,

            David N. Mair

*[Handwritten note from Judge:] You may respond in no more than 4 pages on or before Aug 30, 08*

*[Signed] Harold Baer, Jr., U.S.D.J.*
Date: 8/20/08

---

New Jersey Office | 3163 Kennedy Boulevard, Jersey City, NJ 07306 | Tel: 201 353 4000 | Fax: 201 798 4627

TOTAL P.02

Endorsement:

    You may respond in no more than 4 pages on or before August 30, 2008.