# KAISER SAURBORN & MAIR, P.C.
### COUNSELORS AT LAW

811 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

August 29, 2008

**BY FAX (212-805-7901)**

AUG 2 9 2008

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

**Re: Bejjani et. al. v.Manhattan Sheraton Corp. et. al.
Docket No. 07 Civ. 107629 (HB) (DCF)**

Dear Judge Baer:

We represent the plaintiffs in the above-referenced case. I respectfully request an extension until September 5, 2008, from today to respond to the letter of Michael Starr, counsel for defendant Manhattan Sheraton Corporation, dated August 18, 2008. This is my second request for an extension. Defendants' counsel consents to this request.

The parties have been engaging in settlement discussion and have reached an agreement in principle on the monetary terms of a settlement. While some settlement agreement language needs to be agreed upon concerning certain non-monetary terms, the parties continue to talk and are scheduled to meet again on September 2. I have spent a substantial amount of time this week speaking with the other side as well as my clients regarding settlement issues. I am confident that final settlement agreement language can be agreed upon shortly.

I apologize to the court for not submitting this request earlier in the week. Thank you for your time and consideration.

_I will allow the adjournment in your measure as long as representation the case to well as settled_

Respectfully submitted,

Daniel J. Kaiser

SO ORDERED

Harold Baer, Jr., U.S.D.J. 9/2/08

cc: Michael Starr, Esq.
Bruce Cooper, Esq.

New Jersey Office | 3163 Kennedy Boulevard, Jersey City, NJ 07306 | Tel: 201 353 4000 | Fax: 201 798 4627

TOTAL P.02

Endorsement:

   I will allow the adjournment in large measure on your
representation that the case is or will be settled.